UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LUIS D. RONQUILLO BAILON,

                     Plaintiff,

      - against -

PROFESSIONAL CONTRACTING AND
FRAMING CORP., LI PROFESSIONAL
CONTRACTING CORP., BOFINGER LLC,
and ROLAND MARC CHEMTOB,

                    Defendants.
-----------------------------------------------------------------------X

Index No.: 24-CV-03490-ST

**NOTICE OF APPEARANCE**

       PLEASE BE ADVISED, Robert F. Danzi, Esq. of Danzi Law Partners LLP will be appearing in this action on behalf of plaintiff, Luis D. Ronquillo Bailon.

Dated: April 15, 2025

                                                        Robert Danzi, Esq. (RD 5447)
                                                        DANZI LAW PARTNERS LLP
                                                        *Attorney for Plaintiff*
                                                        500 North Broadway, Suite 124
                                                        Jericho, New York 11753
                                                        P: (516) 228-4226
                                                        F: (516) 228-6569
                                                        bob@danzilaw.com

TO:    NICHOLAS GOODMAN & ASSOCIATES, PLLC
         *Attorneys for Defendants*
         333 Park Avenue South, Suite 3A
         New York, New York 10010
         (212) 227-9003
         (Via ECF)