UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS D. RONQUILLO BAILON,

                Plaintiff,

- against -

PROFESSIONAL CONTRACTING AND
FRAMING CORP., LI PROFESSIONAL
CONTRACTING CORP., BOFINGER LLC,
and ROLAND MARC CHEMTOB,

                Defendants.
------------------------------------------------------------------X

Index No.: 24-CV-03490-ST

**NOTICE OF APPEARANCE**

        PLEASE BE ADVISED, Christine C. Coscia, Esq. of Danzi Law Partners LLP will be appearing in this action on behalf of plaintiff, Luis D. Ronquillo Bailon.

Dated: April 15, 2025

                                                Christine Coscia, Esq. (CC 4883)
                                                DANZI LAW PARTNERS LLP
                                                *Attorney for Plaintiff*
                                                500 North Broadway, Suite 124
                                                Jericho, New York 11753
                                                P: (516) 228-4226
                                                F: (516) 228-6569
                                                christine@danzilaw.com

TO:    NICHOLAS GOODMAN & ASSOCIATES, PLLC
          *Attorneys for Defendants*
          333 Park Avenue South, Suite 3A
          New York, New York 10010
          (212) 227-9003
          (Via ECF)