

Robert F. Danzi
* Christine C. Coscia
John R. Danzi
Linda M. Oliva

OF COUNSEL
** Joan M. Ferretti

* Admitted in NY & PA
** Admitted in NY & DC

April 21, 2025

**VIA ECF**
Honorable Steven L. Tiscione, Magistrate Judge
United States District Court of New York
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                Re:    Ronquillo Bailon v. Professional
                        Contracting and Framing Corp., et al
                        Case No.: 24-cv-03490-ST

Dear Judge Tiscione:

       We are the attorneys for the plaintiff in the above-captioned matter, and we are in receipt of your Report and Recommendation with regard to our motion seeking a default judgment against the defendants Professional Contracting and LI Professional.

       In light of your Honor's recommendation to deny our motion without prejudice, we have decided to withdraw our motion at this time (Docket No.: 36) and continue to proceed with the prosecution of this matter against defendants, Bofinger LLC and Roland Marc Chemtob, preserving out right to renew the default motion, if appropriate, after disposition on the merits.

       We respectfully request that the Court issue a scheduling conference in this matter.

       Thank you for your time and attention herein.

                                    Very truly yours,

                                    Christine Coscia
                                    (CC4883)

CC/hn


cc: Nicholas Goodman & Associates, PLLC (via ECF)