**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | June 23, 2025 |
| TIME: | 3:30 P.M. |
| DOCKET NUMBER(S): | CV-24-3490 (PKC) |
| NAME OF CASE(S): | Ronquillo Bailon v. Professional Contracting and Framing Corp. et al |
| FOR PLAINTIFF(S): | Danzi |
| FOR DEFENDANT(S): | Goodman |
| NEXT CONFERENCE(S): | Telephone Conference - November 6, 2025 at 10:00 a.m. |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM Telephone Conference:

Parties shall complete all fact discovery by October 31, 2025. The Court will hold a telephone conference on November 6, 2025 at 10:00 a.m. All parties shall connect to the conference through dial-in number 571-353-2301 with ID# 179933855.