# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | November 6, 2025 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-24-3490 (PKC) |
| NAME OF CASE(S): | Ronquillo Bailon v. Professional Contracting and Framing Corp. et al |
| FOR PLAINTIFF(S): | Danzi |
| FOR DEFENDANT(S): | Did not Appear |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM Telephone Conference:

Parties have reached an agreement that will result in this matter being dismissed without prejudice and refiled in State Court. Parties are in the process of drafting a stipulation to effectuate this agreement and will submit it to the Court for approval no later than January 5, 2026.