UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIS D. RONQUILLO BAILON,

                          Plaintiff,

        - against -

PROFESSIONAL CONTRACTING AND
FRAMING CORP., LI PROFESSIONAL
CONTRACTING CORP., BOFINGER LLC,
and ROLAND MARC CHEMTOB,

                         Defendants.
------------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

**24-CV-03490-ST**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the Plaintiffs and Defendants, BOFINGER LLC AND ROLAND MARC CHEMTOB, that this matter is being dismissed without prejudice and will be refiled in State Court.

      **IT IS FURTHER STIPULATED AND AGREED**, that the defendants will not assert the affirmative defenses of lack of personal jurisdiction and statute of limitations in their Answer in the State Court action.

Dated: Jericho, New York
November 17, 2025

_Nicholas Goodman_
NICHOLAS GOODMAN & ASSOCIATES, PLLC
Attorneys for defendants Bofinger LLC and
Roland Marc Chemtob
333 Park Avenue South, Suite 3A
New York, New York 10010
212-227-9003
Fax 212-937-2112
ngoodman@goodmanlaw.com

_John R. Danzi_
DANZI LAW PARTNERS LLP
Attorneys for plaintiff
500 North Broadway, Suite 124
Jericho, New York 11753
516-228-4226
Fax 516-228-6569
john@danzilaw.com

So Ordered:
_____