UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS RONQUILLO BAILON,

                                  **Plaintiff,**          Case No. 24-CV-3490-ST

- against -

PROFESSIONAL CONTRACTING AND
FRAMING CORP., LI PROFESSIONAL
CONTRACTING CORP., BOFINGER LLC,
and ROLAND MARC CHEMTOB,

                                  **Defendants.**
-----------------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** Nicholas Goodman & Associates, PLLC, hereby enters its appearance in the above-captioned action as counsel for Defendants **BOFINGER LLC and ROLAND MARC CHEMTOB**, and request that all notices given or required to be given in this action and all papers served or required to be served in this case, be served upon the undersigned at the following address:

> Nicholas Goodman & Associates, PLLC
> 333 Park Avenue South, Suite 3A
> New York, N.Y. 10010
> Tel: (212) 227-9003
> Fax: (212) 937-2112
> ngoodman@ngoodmanlaw.com

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in this case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, expedited delivery service, telephone, fax, electronic mail, or otherwise.

Dated: New York, New York
January 16, 2026

                                      Yours, etc.
                                      NICHOLAS GOODMAN & ASSOCIATES, PLLC

BY: *H. Nicholas Goodman*
           H. Nicholas Goodman
           *Attorneys for Defendants*
           **BOFINGER LLC and**
           **ROLAND MARC CHEMTOB**
           333 Park Avenue South, Suite 3A
           New York, New York 10010
           (212) 227-9003