

| | |
|---|---|
| | Robert F. Danzi |
| | \* Christine C. Coscia |
| | John R. Danzi |
| | Linda M. Oliva |

January 22, 2026

OF COUNSEL
\*\* Joan M. Ferretti

**VIA ECF**
Magistrate Judge Pamela K. Chen
United States District Court of New York
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

*Admitted in NY & PA*
*\*\*Admitted in NY & DC*

       Re: Ronquillo Bailon v. Professional Contracting and Framing Corp., et al
         Case No.: 24-cv-03490-ST

Dear Judge Chen:

  As the Court is aware, we are the attorneys representing plaintiff, Luis Ronquillo Bailon, with regard to the above-referenced matter.

  We respectfully submit this letter in response to the Court's January 7, 2026 Order regarding Plaintiff's Stipulation of Discontinuance and the non-appearing defendants.

  With respect to Defendants Professional Contracting and Framing Corp. and LI Professional Contracting Corp., neither of whom has appeared in this action, Plaintiff intends to discontinue against these defendants in the Federal Court action but intends to bring suit against them in the state court action.

  Plaintiff submits this letter in compliance with the Court's Order and by the January 22, 2026 deadline.

  Thank you for the Court's time and attention.

            Very truly yours,

            John R. Danzi
            (JD0113)

JRD/hn